# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

_____ Division

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2021 MAR 30 A 11: 24

CLERK OF COURT

Case No. __21-C-0399__
*(to be filled in by the Clerk's Office)*

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

City of Milwaukee Property Manager
City of Milwaukee Police Department
C/o Officer Lucas Polzin
_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Wendell Prince Barnes
Address: 4006 N 41st
Milwaukee, WI 53216
County: Milwaukee
Telephone Number: 414-484-9821
E-Mail Address: minwinbarnes@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Milwaukee Police Department
Job or Title (if known):
Address: 749 W. State Street
Milwaukee, WI 53233
County: Milwaukee
Telephone Number: 414-933-4444
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Lucas Polzin
Job or Title (if known): Police Officer
Address: 749 W. State Street
Milwaukee, WI 53233
County: Milwaukee
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 3
    Name              City of Milwaukee Property Manager
    Job or Title (if known)  Department of Neighborhood Services
    Address           841 N. Broadway Unit 105
                      Milw            WI        53202
                      City            State     Zip Code

    County            Milwaukee
    Telephone Number  414-286-2268
    E-Mail Address (if known)

    ☐ Individual capacity   ☒ Official capacity

Defendant No. 4
    Name
    Job or Title (if known)
    Address
                      _____  _____  _____
                      City            State          Zip Code

    County
    Telephone Number
    E-Mail Address (if known)

    ☐ Individual capacity   ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

By entering the premises after being asked Not to enter the dwelling. Then subsequently siezed the home Violating my 4th amendment

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. On 07/07/2019 officer Lucas Polzin along with agents of DNS (Department of Neighborhood Services) acting as agents of the city of Milwaukee under the color of law illegally, evicted myself, and took possession of my home.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? At my residence 2727 N. 2nd st Milwaukee WI 53212

B. What date and approximate time did the events giving rise to your claim(s) occur? 07/07/2019 at approximately 4:45 P.M

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Officer Lucas Polzin refused to allow us to possess our home. Officer Polzin called about our dog. Denied that we had right to the dwelling without proper investigation the he called our home inhabitable and called the department of neighborhood services to have our home boarded up! The was a MADDaC employee present

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No physical injuries were sustained, however, I have been denied housing based upon an erroneous eviction caused by this situation.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting a monetary award in the amount $250,000. $75,000 is for actual damages and $175,000 is punitive.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/28/2021

Signature of Plaintiff

Printed Name of Plaintiff     Wendell P Barnes

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

_City_     _State_     _Zip Code_

Telephone Number
E-mail Address